IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **WALTER JULIUS PORTERFIELD,** | ) | |
| Petitioner, | ) | |
| | ) | Civil Action No. 16-00159-KD-M |
| v. | ) | |
| | ) | Criminal Action No. 14-00192-KD-M |
| **UNITED STATES OF AMERICA,** | ) | |
| Respondent. | ) | |

**ORDER**

This matter is before the Court on Petitioner Walter Porterfield's motion to dismiss his Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255. (Doc. 52). Porterfield's pending § 2255 motion raises two claims of ineffective assistance of counsel: 1) his counsel did not investigate an illegal search and seizure, and 2) his counsel did not file an appeal as he requested. (Docs. 31, 35).

On November 15, 2016, the Court adopted the United States Magistrate Judge's Report and Recommendation with regard to Porterfield's claim of ineffective assistance of counsel for failing to investigate an illegal search and seizure. (Doc. 50).[1] Per the Court's Order, that claim for relief was **DENIED**. (Id). However, the Court declined to adopt the recommendation to deny Porterfield's claim of ineffective assistance of counsel for failing to file an appeal and set the matter for an evidentiary hearing on January 26, 2017. Criminal Justice Act Panel Attorney W. Gregory Hughes was appointed to represent Porterfield.

Now, through counsel, Porterfield moves to dismiss his motion pursuant to § 2255. (Doc. 52 at 3). Counsel indicates that his client wishes to dismiss the motion and has attached Porterfield's written instructions to do so. (Doc. 52). Upon consideration, the motion is

---

[1] For the reasons discussed in the Report and Recommendation (Doc. 41), Petitioner is not entitled to a Certificate of Appealability or to proceed *in forma pauperis* on appeal with regard to this claim. (*See* Doc. 50, adopting Report and Recommendation in part).

2

**GRANTED**. The remaining claim, that counsel was ineffective for failing to file an appeal as requested, is **DISMISSED**. Accordingly, the evidentiary hearing previously set for January 26, 2017 is **CANCELLED**.

**DONE** and **ORDERED** this **20th** day of **January 2017.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

Case 1:14-cr-00192-KD-M   Document 53   Filed 01/20/17   Page 2 of 2